United States Bankruptcy Court
Northern District of Ohio

In re: Tabitha K Baringer, Debtor — Case No. 24-60215-maw, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-6 | User: admin | Page 1 of 2
Date Rcvd: Jun 07, 2024 | Form ID: 318 | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabitha K Baringer, 1241 Concord Ave. SW, Canton, OH 44710-2041 |
| 27753990 | | 08 First Commonwealth Bank, PO Box 129, Monroeville, PA 15146-0129 |
| 27754003 | + | Motorists Mutual Insurance, 800 Boyleston St Suite 1410, Boston, MA 02199-2100 |
| 27754004 | + | Motorists Mutual Insurance Company, 800 Boylston St. Suite 1410, Boston, MA 02199-2100 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QLBAFARIN.COM | Jun 08 2024 00:47:00 | Lisa M. Barbacci, Trustee - Canton, Lisa Barbacci - Bankruptcy Trustee, 600 East Smith Road, (Side Entrance), Medina, OH 44256-2666 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jun 07 2024 21:06:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27753992 | | Email/Text: AEPBankruptcy@aep.com | Jun 07 2024 21:05:00 | AEP, 1 Riverside Plaza, Columbus, OH 43215-2372 |
| 27753991 | | Email/Text: melindaf@aasdebtrecoveryinc.com | Jun 07 2024 21:06:42 | Aas Debt Rec, PO Box 129, Monroeville, PA 15146-0129 |
| 27753993 | | Email/Text: bankruptcy@csefcu.com | Jun 07 2024 21:07:00 | Canton School Emp Credit Union, 1380 Market Ave N, Canton, OH 44714-2606 |
| 27753994 | | Email/Text: bankruptcy@csefcu.com | Jun 07 2024 21:07:00 | Canton School Emp Credit Union, Attn: Bankruptcy, 1380 Market Ave N, Canton, OH 44714-2606 |
| 27753995 | | Email/Text: bankruptcy@csefcu.com | Jun 07 2024 21:07:00 | Canton School Emp Fcu, 1380 Market Ave N, Canton, OH 44714-2606 |
| 27753996 | | Email/Text: bankruptcy@csefcu.com | Jun 07 2024 21:07:00 | Canton School Emp Fcu, Attn: Bankruptcy, 1380 Market Ave N, Canton, OH 44714-2606 |
| 27753998 | | EDI: CITICORP | Jun 08 2024 00:47:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 27753997 | | EDI: CITICORP | Jun 08 2024 00:47:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 27753999 | + | Email/Text: cynthia.allensworth@cantonohio.gov | Jun 07 2024 21:07:00 | City of Canton Income Tax Dept, 424 Market Ave. North, Canton, OH 44702-1564 |
| 27754001 | | EDI: WFNNB.COM | Jun 08 2024 00:47:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 27754000 | | EDI: WFNNB.COM | Jun 08 2024 00:47:00 | Comenitycb/dtlfirstfin, PO Box 182120, Columbus, OH 43218-2120 |
| 27754005 | + | EDI: MAXMSAIDV | | |

| | | | | |
|---|---|---|---|---|
| 27754006 | | EDI: NAVIENTFKASMSERV.COM | Jun 08 2024 00:47:00 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 27754007 | + | Email/Text: bmvEbankruptcy@dps.ohio.gov | Jun 08 2024 00:47:00 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 27754009 | | EDI: SYNC | Jun 07 2024 21:05:00 | Ohio Bureau of Motor Vehicles, PO Box 16520, Columbus, OH 43216-6520 |
| 27754008 | + | EDI: SYNC | Jun 08 2024 00:47:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| | | | Jun 08 2024 00:47:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27754002 | ##+ | Keis George, 55 Public Sq. Suite 800, Cleveland, OH 44113-1909 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lisa M. Barbacci, Trustee - Canton | barbaccitrustee@gmail.com lbarbacci@ecf.axosfs.com |
| Pauline R. Aydin Shuler | on behalf of Debtor Tabitha K Baringer paydinlegal@hotmail.com |

TOTAL: 2

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tabitha K Baringer<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3905 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | | |
| Case number: | 24–60215–maw | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tabitha K Baringer
aka Tabitha Baringer

6/7/24

**By the court:** MARY ANN WHIPPLE
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**